UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-05245-JHN-RZx | Date | February 17, 2010 |
|---|---|---|---|
| Title | Amir Goldstein v. Collection Bureau of America, Ltd. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION   (In Chambers)

On 1/7/10, the Court vacated a Scheduling Conference that had been set previously due to Plaintiff's failure to participate in the Rule 26 conference. (Docket no. 11).  A new date for Scheduling Conference was set for 2/22/10.  Once again, Plaintiff's counsel failed to participate in a Rule 26 conference in violation of the Court's order.  The hearing for 2/22/10 is now taken off-calendar.

Plaintiff is Ordered to Show Cause in writing within 10 days of this order.  Failure to respond will result in dismissal of the case.  No oral argument is scheduled.  Plaintiff's written response is deemed to be under submission upon filing with the Court.

|   | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |